AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

FH Partners, LLC,

Plaintiff,

V.

Mark D. Rich,
As Successor Trustee of the Lynn M. Leany Family Trust
on behalf of Lynn M. Leany Family Trust

Defendant.

**PROSPECTIVE DEFICIENCY JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-00796-LRH-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that a prospective deficiency judgment is hereby entered pursuant to Order #76 entered June 30, 2014.

| | |
|---|---|
| June 30, 2014 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |