AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

FH Partners, LLC,

Plaintiff,

V.

Mark D. Rich,
As Successor Trustee of the Lynn M. Leany Family Trust
on behalf of Lynn M. Leany Family Trust

Defendant.

**FINAL DEFICIENCY JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-00796-LRH-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that final deficiency judgment is hereby entered in favor of plaintiff FH Partners, LLC, and against defendant Mark D. Rich ("Rich"), as the successor trustee of the Lynn M. Leany Family Trust, in the amount of five hundred ninety-eight thousand four hundred sixty-four dollars and twenty two cents ($598,464.22) plus interest at the contracted default rate of prime plus five and one half percent.

| August 8, 2014 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |